**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

ISRAEL MALDONADO RAMIREZ,

        Plaintiff,

   v.

MIMS, et al.,

        Defendants.

1:26-cv-00310-KES-SAB

ORDER TO SUBMIT APPLICATION TO PROCEED IN FORMA PAUPERIS OR PAY FILING FEE WITHIN 45 DAYS

Plaintiff, who is proceeding *pro se* in this action, filed a complaint on January 15, 2026. (ECF No. 1.)  However, Plaintiff did not pay the $405.00 filing fee or submit an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915.

Accordingly, IT IS HEREBY ORDERED that:

1.    The Clerk of the Court is directed to forward an *in forma pauperis* application (Long Form) to Plaintiff.

2.    Within **forty-five (45) days** of the date of this order, Plaintiff shall either (1) pay the $405.00 filing fee for this action, or (2) file an application to proceed *in forma pauperis* without prepayment of the fee; and

/ / /

/ / /

/ / /

3.      **No requests for extension will be granted without a showing of good cause. Failure to comply with this order will result in dismissal of this action.**

IT IS SO ORDERED.

Dated:     __**January 15, 2026**__                    _____

STANLEY A. BOONE
United States Magistrate Judge

2