**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ISRAEL MALDONADO RAMIREZ, | Case No. 1:26-cv-0310 KES SAB |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, DISMISSING ACTION WITHOUT PREJUDICE, AND DIRECTING CLERK OF COURT TO CLOSE CASE |
| v. | |
| MIMS, et al., | |
| Defendants. | Doc. 6 |

Plaintiff Israel Maldonado Ramirez initiated this action by filing a complaint on January 15, 2026. Doc. 1. The magistrate judge screened the complaint pursuant 28 U.S.C. § 1915(e)(2) and found that it did not state a cognizable claim or include sufficient information to determine the Court has jurisdiction. Doc. 5 at 2-5. The magistrate judge granted thirty days for Plaintiff to file an amended complaint. *Id.* at 5. Plaintiff did not file an amended complaint or otherwise respond to the Screening Order.

On April 10, 2026, the magistrate judge issued findings and recommendations, recommending dismissal "for lack of subject-matter jurisdiction, failure to state a claim, failure to prosecute, and/or failure to comply with a court order." Doc. 6 at 7; *see id.* at 2-6. That Court informed Plaintiff that any objections were due within fourteen days, and failure to file timely objections may result in the waiver of rights on appeal. *Id.* Plaintiff did not file any objections, and the time to do so has expired.

1

In accordance with 28 U.S.C. § 636(b)(1), this Court performed a de novo review. Having carefully reviewed the entire case, the Court concludes the findings and recommendations are supported by the record and by proper analysis.  The Court ORDERS:

1.   The findings and recommendations issued on April 10, 2026 (Doc. 6) are ADOPTED in full.

2.   The action is DISMISSED without prejudice.

3.   The Clerk of Court is directed to close this action.

IT IS SO ORDERED.

Dated:   June 4, 2026

_____
UNITED STATES DISTRICT JUDGE

2